IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IZABELLE AZIZI, by and through her next friend and mother, SUZANNE AZIZI, and, CHARLES AZIZI, SUZANNE AZIZI, individually, and MELANI AZIZI, by and through her next friend and mother, SUZANNE AZIZI,** | ) ) ) ) ) ) | 8:03CV150 |
| | ) | **ORDER** |
| **Plaintiff,** | ) | |
| v. | ) ) | |
| **UNITED STATES OF AMERICA,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Motion for Extension of Summary Judgment Deadline (Filing No. 32). Upon consideration,

**IT IS ORDERED** that all motions for summary judgment shall be filed **on or before August 1, 2005**.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge